United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JASON LOBATON,** | **Case No.:** 4:24-cv-966-YGR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED** |
| v. | Re: Dkt. No. 11 |
| **FUSION LEARNING, INC., ET AL.,** | |
| Defendants. | |

The Court is in receipt of defendants' Motion to Dismiss or, in the alternative, to Transfer this case to the Central District of California, where a related case was filed first. *See Kevin Murphy, et al. v. Fusion Learning, Inc., et al.*, Case No. 2:22-cv-4497-JAK-AS. Plaintiff's response was due by March 15, 2024; he has failed to reply. For that reason, the Court **ORDERS** plaintiff to **SHOW CAUSE** why this case should not be transferred to the Central District. Plaintiff has until **Wednesday, March 27, 2024,** to respond. If he fails to do so, the Court will transfer this case to the Central District of California *sua sponte*. Given this failure, the Court also **VACATES** the hearing scheduled for April 16, 2024.

**IT IS SO ORDERED**.

Date: **March 20, 2024**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**