UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LOBATON,<br><br>Plaintiff,<br><br>vs.<br><br>FUSION LEARNING, INC.<br><br>Defendant. | No. 2:24-cv-03715-JAK-AS(x)<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR DISMISSAL (DKT. 51)**<br><br>JS-6 CASE CLOSED |

Based on a review of Plaintiff's Request for Dismissal ("Request" (Dkt. 51)), sufficient good cause has been shown for the requested relief. Accordingly, the Request is **GRANTED**, and the entire action is dismissed with prejudice. The Order to Show Cause re Dismissal is **DISCHARGED** and the hearing scheduled for August 25, 2025 is taken off calendar. No appearance by counsel is required.

**IT IS SO ORDERED.**

Dated: August 21, 2025

John A. Kronstadt
United States District Judge

2.